IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ELADIO RODRIGUEZ-MUNIZ,** § | | |
| Petitioner, § | | |
| § | | |
| v. § | | EP-25-CV-00671-DB |
| § | | |
| **KRISTI NOEM,** *Secretary, U.S.* § | | |
| *Department of Homeland Security, et al.,* § | | |
| Respondents. | | |

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

On this day, the Court considered Attorney Juliana M. Lopez's ("Attorney Lopez") "Motion for Admission Pro Hac Vice," filed in Petitioner Eladio Rodriguez-Muniz's above-captioned case on December 16, 2025. ECF No. 3. Therein, Attorney Lopez "moves this Court to grant admission to the. . . Western District of Texas pro hac vice to represent [Petitioner] Eladio Rodriguez-Muniz in this case." *Id.* After due consideration, this Motion is granted.

Accordingly, **IT IS HEREBY ORDERED** that Attorney Lopez's "Motion for Admission Pro Hac Vice," ECF No. 3, is **GRANTED**.

**IT IS FURTHER ORDERED** that Attorney Lopez is **GRANTED LEAVE** to appear pro hac vice on behalf of the Petitioner in this case.

**IT IS FURTHER ORDERED** that Attorney Lopez apply for admission to practice in the Western District of Texas in compliance with Local Rule for the Western District of Texas AT-1 **WITHIN SIXTY DAYS** of the entry of this Order and diligently pursue that application until admitted to practice before this Court. Should they choose not to pursue admission, they will not be allowed to appear in any other action in the Western District of Texas until they have been formally admitted to practice.

**IT IS FINALLY ORDERED** that Attorney Lopez **REGISTER** as a filing user with the Court's Case Management/Electronic Case Files (CM/ECF) program within **TEN DAYS** of the entry of this Order in compliance with the administrative policies and procedures for electronic filing in the Western District of Texas.

**SIGNED** this **17th** day of **December 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE