IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ELADIO RODRIGUEZ-MUNIZ,** | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | EP-25-CV-00671-DB |
| | § | |
| **KRISTI NOEM,** *Secretary, U.S.* | § | |
| *Department of Homeland Security, et al.,* | § | |
|     Respondents. | § | |

### ORDER

On this day, the Court considered the above-captioned case. On December 15, 2025, Petitioner Eladio Rodriguez-Muniz filed an "Petition for Writ of Habeas Corpus and Order to Show Cause Within Three Days," ECF No. 1. On December 22, 2025, the Court issued its "Order," ECF No. 7, wherein following orders issued:

> Accordingly, after careful consideration of the undisputed facts in this case as well as the legal conclusions made in Vieira and this Court's subsequent immigration habeas cases brought by petitioners subject to mandatory detention under the Government's new interpretation of 8 U.S.C. § 1225(b), IT IS HEREBY ORDERED Petitioner's "Petition for Writ of Habeas Corpus and Order to Show Cause Within Three Days," ECF No. 1, is GRANTED IN PART on procedural due process grounds. IT IS FURTHER ORDERED Respondents SHALL PROVIDE Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from custody, under reasonable conditions of supervision, during the pendency of their removal proceedings no later than December 24, 2025. IT IS FURTHER ORDERED Respondents SHALL FILE an advisory informing the Court when the bond hearing will be held in accordance with the preceding order no later than December 23, 2025. 3 4 IT IS FINALLY ORDERED Respondents SHALL FILE an advisory informing the Court, in detail, of the reasons for the IJ's bond hearing decision no later than December 30, 2025.

ECF No. 7 at 3–4. On December 30, 2025, Respondents filed a "Federal Respondents Amended Status Report," ECF No. 9, stating that "immigration court was able to schedule a bond hearing that occurred on December 23, 2025. Exh. A. At that hearing, the immigration judge granted release upon posting of a bond of $2,500. *See* Exh. B. Petitioner is in the process of being released upon payment." *Id.* at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than January 9, 2026.**

**SIGNED** this **5th** day of **January 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE