**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ELADIO RODRIGUEZ MUNIZ,** | § | |
|       **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-25-CV-00671-DB** |
| | § | |
| **KRISTI NOEM**, *Secretary of the U.S.* | § | |
| *Department of Homeland Security, et al.*, | § | |
|       **Respondents.** | § | |
| | § | |

## FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On March 13, 2026, the parties

filed a "Joint Notice to the Court," ECF No. 19, advising the parties conferred and agree no matters

remain to be resolved in this case. Because no live issues remain, the Court enters final judgment

in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS FURTHER ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **16th** day of **March 2026**.


_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**